The People of the State of New York, Respondent, *v.* Roadway Transit Company, Appellant.

Argued December 3, 1951; decided January 24, 1952.

*James R. Ulsh* for appellant.

*Fred C. Maloney, Corporation Counsel (Aaron Weinstein* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.